UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westchester Building Company, LLC,

Plaintiff

-v-

Ameriquest Mortgage Company,

Defendant

Case No.  07 CIV 6386

Rule 7.1 Statement


RECEIVED JUL 12 2007 U.S.D.C. S.D. N.Y. CASHIERS

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Westchester Building Company, LLC</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 07/12/07

Signature of Attorney

Attorney Bar Code: JBI5349

Form Rule7_1.pdf