11197: 00021040

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WESTCHESTER BUILDING COMPANY, LLC,

              Plaintiff,                    INDEX NO.
                                                07 CV 6386

              -against-                     **AFFIDAVIT**
                                                **OF SERVICE**

AMERIQUEST MORTGAGE COMPANY,

              Defendant.
----------------------------------------X

STATE OF NEW YORK     )
                              ) ss.
COUNTY OF NEW YORK   )

       The undersigned, being duly sworn, says:

       I am not a party to this action, am over 18 years of age and am employed at Itkowitz & Harwood, 305 Broadway, 7th Floor, New York, New York 10007.

       I served a copy of the Amended Complaint and all supporting papers (hereinafter referred to collectively as "the papers") as described below.

       On the 25th Day of July 2007 I served the Amended Complaint at 12:52 p.m. by hand delivery to Ameriquest Mortgage Company, C/O National Registered Agents Inc., 875 Ave Of The Americas, Suite 501, New York, New York 10001 by personally delivering and leaving the documents with Gerri Mirando, a person of suitable age and discretion who is an employee at the address of service.

       Gerri Mirando is a White female with brown hair and brown eyes. Gerri is approximately 35-40 years of age, stands approximately 5'5" - 5'7" tall, weighs approximately 150-165 pounds, and has no other identifying characteristics.

       On the 25th Day of July I served more copies of

1

the Amended Complaint by enclosing true copies thereof in securely sealed and postpaid envelopes and sending them by first class mail, certified mail (proper postage was affixed for the U.S. Post Office to treat the envelope as certified mail) certified mail, return receipt requested. I also served copies of the Summons and Complaint by UPS overnight mail, prior to the latest time designated by that service for overnight delivery to the following addresses:

>   Ameriquest Mortgage Company
>   1100 Town & Country Rd.
>   Suite 1100
>   Orange, California 92868
>   Attn: Aseem Mital
>
>   Ameriquest Mortgage Company
>   1100 Town & Country Rd.
>   Suite 1100
>   Orange, California 92868
>   Attn: Leasing Dept.

The foregoing envelopes did not indicate that they might come from an attorney, and were deposited into an official depository maintained by the Government of the United States, City and State of New York.

_____
Yvemie Michel

Sworn to before me this 25th
Day of June 2007

_____
NOTARY PUBLIC

JOLIE ILARDI
Notary Public State of New York
No. 02IL6163913
Qualified in Kings County
Commission Expires April 09, 20 11

2