UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
WESTCHESTER BUILDING COMPANY, LLC,   :
:   07 CIV 6386
Plaintiff,   :
:
-against-   :
:
AMERIQUEST MORTGAGE COMPANY,   :   **NOTICE OF APPEARANCE**
:
Defendant.   :
---------------------------------------------------------------x

TO THE CLERK OF THE COURT:

      The undersigned hereby appears as counsel for Defendants Ameriquest Mortgage Company in the above-captioned action, and demands that all pleadings and documents be served upon the offices of the undersigned, and all Electronically Filed Documents be transmitted by e-mail to the addresses below.

Dated: New York, NY
      August 14, 2007

                          MORRISON COHEN LLP

                          By:   /s/ Jay R. Speyer_____
                            Donald H. Chase (DC-6708)
                            Jay R. Speyer (JS-9812)
                            dchase@morrisoncohen.com
                            jpeyer@morrisoncohen.com
                            909 Third Avenue
                            New York, NY  10022
                            (212) 735-8600

#893595 v1 \17481 \024