USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
AUG 15 2007
JUDGE KAPLAN'S CHAMBERS

WOOD, J
PART I

-------------------------------------x

WESTCHESTER BUILDING COMPANY, LLC,

        Plaintiff,

-against-

AMERIQUEST MORTGAGE COMPANY,

        Defendant.

-------------------------------------x

07 CIV 6386 (LAK)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among counsel of record for Plaintiff Westchester Building Company, LLC and Defendant Ameriquest Mortgage Company ("Defendant") that the time for Defendant to answer, move or otherwise respond to the Complaint herein is extended, upon this first request, from August 13, 2007 to and including August 31, 2007;

IT IS FURTHER STIPULATED AND AGREED that Defendant waives any objection to service of process.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation shall be deemed an original and that the stipulation may be signed in counterparts.

Dated: New York, NY
       August 10, 2007

MORRISON COHEN LLP

By: _____
   Donald H. Chase (DC-6708)
   Jay R. Speyer (JS-9812)

909 Third Avenue
New York, New York 10022
(212) 735-8600

Attorneys for Defendant

ITKOWITZ & HARWOOD

By: _____
   Jay B. Itkowitz (JBI-5349)

305 Broadway, 7th Floor
New York, New York 10007
(646) 822-1801

Attorney for Plaintiff

SO ORDERED:
8-13-07

_____
KIMBA M. WOOD
U.S.D.J.

PART I