UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WESTCHESTER BUILDING COMPANY, LLC,

                Plaintiff,

-against-

AMERIQUEST MORTGAGE COMPANY,

                Defendant.
------------------------------------------------------------x

07 CIV 6386 (LAK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT upon the annexed Declaration of Jay R. Speyer, dated August 31, 2007, with the exhibit annexed thereto, and the accompanying Memorandum of Law in Support of Defendant's Motion for a More Definite Statement of Allegations Set Forth in the Amended Complaint, Defendant Ameriquest Mortgage Company will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be set by this Court, for an Order, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, requiring Plaintiff to set forth a more definite statement of certain allegations set forth in the Complaint and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any opposing papers are to be served in accordance with Local Rule 6.1(b).

Dated: New York, NY
       August 31, 2007

                                       MORRISON COHEN LLP

                                       By: _____
                                                   Donald H. Chase (DC-6708)
                                                   Jay R. Speyer (JS-9812)

                                       909 Third Avenue
                                       New York, NY 10022
                                       (212) 735-8600

                                       *Attorneys for Defendant*