UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
WESTCHESTER BUILDING COMPANY, LLC,                         :
                                                           :    07 CIV 6386 (LAK)
                           Plaintiff,                      :
                                                           :
        -against-                                          :
                                                           :
AMERIQUEST MORTGAGE COMPANY,                               :
                                                           :
                           Defendant.                      :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jay R. Speyer, hereby certify under penalty of perjury that on August 31, 2007, I caused true and correct copies of the following documents:

    (1) Notice of Motion;

    (2) the Declaration of Jay R. Speyer in Support of Motion for More Definite Statement Pursuant to FRCP 12(e); and

    (3) the Memorandum of Law in Support of Defendant's Motion for a More Definite Statement of Allegations Set Forth in the Amended Complaint

upon all counsel of record by electronic means of the CM/ECF system of the United States District Court for the Southern District of New York

                                          /s/ Jay R. Speyer
                                            Jay R. Speyer